IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03392-WJM-KLM

MARK PATTON, on behalf of himself and other similarly situated individuals,

    Plaintiff,

v.

STOLLE MACHINERY COMPANY LLC,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Entry of Stipulated Protective Order** [#19] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#19] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#19-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: April 8, 2015