**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  14-cv-03392-WJM-KLM

MARK PATTON,

    Plaintiff,

v.

STOLLE MACHINERY COMPANY, LLC,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all orders entered during the pendency of this case, and the Order Granting Defendant's Motion to Dismiss, entered by the Honorable William J. Martínez, United States District Judge, on August 25, 2015,

IT IS ORDERED that Defendant's Motion to Dismiss (ECF No. 9.) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's FLSA claim is DISMISSED WITHOUT PREJUDICE, and this case is terminated.

IT IS FURTHER ORDERED that Defendant is awarded costs upon the filing of a Bill of Costs with the Clerk of Court upon fourteen days' entry of Final Judgment.

Dated at Denver, Colorado, this 5th day of October, 2015.

                                    BY THE COURT:

                                    JEFFREY P. COLWELL, CLERK

                                    By:  s/Deborah Hanen
                                    Deborah Hansen, Deputy Clerk